**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ANTHONY MARTINEZ,

Petitioner,

v.

MANUEL PORTILLO,

Respondent.

Case No. 2:26-cv-01918-APG-MDC

**ORDER GRANTING MOTION TO AMEND**

In this counseled habeas matter, I appointed the Federal Public Defender to represent Petitioner Anthony Martinez on August 4, 2026. ECF No. 9. Martinez filed a first amended petition on November 3, 2026, and has now moved for leave to file a second amended petition. ECF Nos. 10, 12. In his motion, Martinez's counsel explains that the first amended petition was filed before Martinez's statute of limitations expired but that additional time is needed to perfect Martinez's request for federal habeas relief. ECF No. 12. Respondent has not opposed the motion, and his time for doing so has now expired. Under Federal Rule of Civil Procedure 15(a)(2), a party may amend a pleading with the Court's leave, and "[t]he court should freely give leave when justice so requires." I find that leave to amend is appropriate.

I THEREFORE ORDER that the motion (ECF No. 12) is granted. Martinez has up to and including January 22, 2027, to file his second amended petition.

Dated: November 20, 2026

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE